United States District Court
Southern District of Texas
**ENTERED**
February 22, 2024
Nathan Ochsner, Clerk

# United States District Court
## Southern District of Texas
### Houston Division

| | | |
|---|---|---|
| SHAWN GILL, *et al*, | § | CIVIL ACTION NO |
| Plaintiffs, | § | 4:20-cv-00528 |
| | § | |
| | § | |
| vs. | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| | § | |
| CONCORD EMS INC | § | |
| and GENEVA | § | |
| TRANSPORT INC, | § | |
| Defendants. | § | |

## Order

Pending is a motion by Defendants Concord EMS, Inc, and Geneva Transport, Inc, to dismiss this action with prejudice. Dkt 98. They note that they have completed payments required by the settlement agreement. See id at 1–3.

Plaintiffs haven't filed any response to the motion. The motion is thus deemed unopposed. See LR 7.4.

The motion to dismiss is GRANTED. Dkt 98. This case is DISMISSED WITH PREJUDICE.

This is a FINAL JUDGMENT.

SO ORDERED.

Signed on February 22, 2024, at Houston, Texas.

Hon. Charles Eskridge
United States District Judge